IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No: 18-cv-2756-DDD-MEH | Date: January 10, 2020 |
| Courtroom Deputy: Christopher Thompson | FTR: A1002 |

*Parties:* *Counsel:*

SAMANTHA JERDING,                        Rebecca Peterson by phone
CAMMEO RENFRO,

    Plaintiff,

v.

CHAMPION PETFOODS USA, INC.,             David Coulson by phone
CHAMPION PETFOODS LP,                    John Crisham

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER
## STATUS CONFERENCE

**Court in session:**     10:11 a.m.

Court calls case.   Appearances of counsel.   The parties discuss the current status of the case.

The Court grants Plaintiff's unopposed oral Motion for Leave to File an Amended Complaint and the case is no longer STAYED.   The parties agree to jointly confer and work on the Proposed Scheduling Order while the Court awaits the filing of the Amended Complaint.

**ORDERED:**   The Stay in the case is lifted and the case will proceed.

    The Amended Complaint is due on or before **Friday, January 31, 2020**.

    The Proposed Scheduling Order is due on or before **Wednesday, February 5, 2020,** and should be submitted electronically both in Word format to Hegarty_Chambers@cod.uscourts.gov and in PDF form docketed through ECF.

**Court in recess:**     10:19 a.m.          Hearing concluded.
Total in-court time:   00:08

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.